# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1823

_____

| | | |
|---|---|---|
| David G. Jeep, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Jack A. Bennett, Associate Circuit | * | |
| Judge, Camden County; Devin M. | * | Appeal from the United States |
| Ledom, Assistant Prosecuting Attorney, | * | District Court for the |
| Camden County; Alex Little, Police | * | Western District of Missouri. |
| Officer, #920, City of Osage Beach; | * | |
| Tim Taylor, Police Officer, #913, City | * | |
| of Osage Beach; W. Steven Rives, | * | [UNPUBLISHED] |
| Prosecuting Attorney; W. James | * | |
| Icenogle, Prosecuting Attorney; Bruce | * | |
| Colyer, Associate Circuit Judge; Jay | * | |
| Nixon, Attorney General, State of | * | |
| Missouri; Camden County; City of | * | |
| Osage Beach; State of Missouri, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: October 6, 2008
Filed: October 10, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

David Jeep appeals the district court's[1] orders dismissing his claims against multiple defendants and granting summary judgment to the remaining defendants in his 42 U.S.C. § 1983 action. After careful review, we conclude that the orders were proper for the reasons stated by the district court and that an extended discussion is not warranted. See Maness v. Dist. Court, 495 F.3d 943, 943-44 (8th Cir. 2007) (per curiam) (de novo review of dismissals based on immunity); Rouse v. Benson, 193 F.3d 936, 939 (8th Cir. 1999) (district court's grant of summary judgment reviewed de novo).

Accordingly, we affirm the judgment of the district court, see 8th Cir. R. 47B, and we deny as moot Jeep's motion for an expedited appeal.

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.